1  JEFFREY P. FUCHSMAN, SBN 105651
   jfuchsman@brgslaw.com
2  STEPHANIE B. KANTOR, SBN 272421
   skantor@brgslaw.com
3  BALLARD ROSENBERG GOLPER & SAVITT, LLP
   15760 Ventura Boulevard, Eighteenth Floor
4  Encino, California 91436
   Telephone:  (818) 508-3700
5  Facsimile:  (818) 506-4827

6  Attorneys for Defendants LEIDOS
   ENGINEERING, LLC and LEIDOS
7  ENGINEERING & SCIENCES, LLC

8  Marcus A. Mancini, Esq.
   Tara J. Licata, Esq.
9  Armando M. Solorzano, Esq.
   Pamela A. Triplett, Esq.
10 MANCINI & ASSOCIATES
   15303 Ventura Blvd., Suite 600
11 Sherman Oaks, CA 91403
   Telephone: (818) 783-5757
12 Facsimile: (818) 783-7710
   Email:      tlicata@mamlaw.net
13             asolorzano@mamlaw.net
               ptriplett@manlaw.net

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA ROCHA,<br><br>Plaintiff,<br><br>vs.<br><br>LEIDOS ENGINEERING, LLC;<br>LEIDOS ENGINEERING &<br>SCIENCES, LLC; and DOES 1 through<br>100, Inclusive,<br><br>Defendants. | Case No. CV 19-8341-GW-JCx<br><br>**ORDER ON STIPULATION RE: DISMISSAL WITH PREJUDICE OF THE COMPLAINT**<br><br>[Fed. R. Civ. P. 41(a)]<br><br>Trial Date:       None Set |

685706.1

1

**[PROPOSED] ORDER RE STIPULATION RE. DISMISSAL**

Upon the Stipulation of the Parties, IT IS HEREBY ORDERED that Plaintiff's Complaint is hereby dismissed as to all parties, with prejudice. All parties to bear their own costs and attorneys' fees.

DATED: October 30, 2019

_____
Hon. George H. Wu
United States District Judge

BALLARD ROSENBERG GOLPER & SAVITT, LLP
15760 VENTURA BOULEVARD, EIGHTEENTH FLOOR
ENCINO, CALIFORNIA 91436

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

     I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 15760 Ventura Boulevard, Eighteenth Floor, Encino, CA 91436.

On October 30, 2019, I served true copies of the following document(s) described as **[PROPOSED] ORDER ON STIPULATION RE: DISMISSAL**

*Attorneys for Plaintiff CHRISTINA ROCHA*

Marcus A. Mancini, Esq.
Tara J. Licata, Esq.
Armando M. Solorzano, Esq.
Pamela A. Triplett, Esq.
MANCINI & ASSOCIATES
15303 Ventura Blvd., Suite 600
Sherman Oaks, CA 91403
Telephone: (818) 783-5757
Facsimile: (818) 783-7710
Email:     tlicata@mamlaw.net
           asolorzano@mamlaw.net
           ptriplett@manlaw.net

    ☒    **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

     Executed on October 30, 2019, at Encino, California.

                                        Lisa Aguilar

685706.1